| | |
|---|---|
| James Yates | ) |
|     Plaintiff/Appellant, | ) |
| | ) |
| vs. | )  Case No: **26-1241** |
| | ) |
| FranConnect, LLC | ) |
|     Defendant/Appellee. | |

### Appellant's Motion to Extend the Briefing Order by 7-days.

1. On May 2, 2026, this Court issued a briefing Order. Under this Order the joint appendix and the opening brief by the appellant was due on June 10, 2026.

2. This Court granted a motion to extend same giving Appellant twelve addition days to file the joint appendix and the opening brief by June 22, 2026 and also extending Appellee's briefing schedule. [Docket No. 18] based on Appellant's counsel filing a motion to extend the briefing order. [Docket No. 17]. Since then, the parties have been working cooperatively to get the exhibits for the Joint Appendix compiled, and Appellant's counsel has been working on her opening brief.

3. Recently, Appellant's counsel unexpectedly received a juror summons for jury service with a term of service listed from <u>Monday, June 22 - Friday,</u>

June 26.  The notice says she has to be on call for one week to serve for trial should she be selected as a juror for one of the trials. Given the summons timing, she is concerned that this might affect her ability to file the brief and appendix on Monday, June 22nd.

4. Out of an abundance of caution, Appellant's counsel now files this motion seeking a 7-day extension for filing the Opening Brief and Joint Appendix, so those filings would be due on June 29th, instead of June 22nd.

5. Appellant's counsel today reached out to Appellee's counsel to inform her of the juror summons, and requested a 7-day extension to file the opening brief and joint appendix.   The Appellee did not respond.

6. Out of an abundance of caution, Appellant's counsel files this instant motion for extension to ensure that she has adequate time to compile the joint appendix and file the opening brief in light of jury service obligations.

7. Appellant's counsel does not believe this extension will prejudice either party.

WHEREFORE, Appellant respectfully requests that this Court grant the brief extension of seven (7) days to give sufficient time for his counsel to file the joint appendix and opening brief. A draft Order is enclosed.

Dated:  June 18, 2026                                          **Respectfully Submitted,**

                                                                      **James Yates**

By Counsel:


*/s/ Monique A. Miles*

Monique Miles, Esq.
VSB #78828 Old
Towne Associates,
P.C.
201 N. Union Street, Suite 110
Alexandria, VA 22314
Phone: (703) 519-6810
mmiles@oldtowneassociates.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, a true and correct copy of the foregoing has been provided by electronic notification through the CM/ECF System, which will send notice to the following counsel of record:

Heather M. Lambert (VSB No. 79175)
NELSON MULLINS RILEY & SCARBOROUGH
1021 E. Byrd Street, Suite 2120
Richmond, VA 23219
Heather.Lambert@nelsonmullins.com
Tel.: 804.533.3868
Fax.: 804. 616.4129

Kraig B. Long (*pro hac vice*)
Sarah Jayne Steinberg (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Kraig.Long@nelsonmullins.com
sarah.steinberg@nelsonmullins.com
Tel.: 443.392.9499

*Counsel for Defendant*