**U.S COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| **James Yates** | **)** |
|     **Plaintiff/Appellant,** | **)** |
| | **)** |
|     **vs.** | **)**  **Case No: 26-1241** |
| | **)** |
| **FranConnect, LLC** | **)** |
|     **Defendant/Appellee.** | |

**[proposed] Order**

Upon consideration of the motion to extend the briefing Order and any Opposition to it, it is hereby Ordered on this _____ day of _____ 2026 that the opening brief and appendix are due on or before June 29, 2026.


_____
Clerk of the Court