# U.S COURT OF APPEALS

# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| James Yates<br>    Plaintiff/Appellant, | ) <br> ) <br> ) |
| vs. | ) Case No: 26-1241 <br> ) |
| FranConnect, LLC<br>    Defendant/Appellee. | ) <br> ) |

## NOTICE

**COMES NOW** Appellant James Yates ("Yates"), by and through undersigned counsel, and notifies the Court that after filing the Motion to Extend the Briefing Order with the Court [Docket No. 25] yesterday, June 29, 2026 Appellant's counsel heard back from Appellee's counsel, that they will not oppose the requested relief as long as Appellant's counsel will grant them the same courtesy if they need an extension while writing their brief. Appellant's counsel responded to Appellee's counsel confirming that that would be fine.

Dated:  June 30, 2026                             **Respectfully Submitted,**

                                                  **James Yates**

                                                  By Counsel:

                                                  */s/ Monique A. Miles*

1

Monique Miles, Esq.
VSB #78828 Old
Towne Associates,
P.C.
201 N. Union Street, Suite 110
Alexandria, VA 22314
Phone: (703) 519-6810
mmiles@oldtowneassociates.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing

has been provided by electronic notification through the CM/ECF System, which

will send notice to the following counsel of record:

Heather M. Lambert (VSB No. 79175)
NELSON MULLINS RILEY & SCARBOROUGH
1021 E. Byrd Street, Suite 2120
Richmond, VA 23219
Heather.Lambert@nelsonmullins.com
Tel.: 804.533.3868
Fax.: 804. 616.4129

Kraig B. Long (*pro hac vice*)
Sarah Jayne Steinberg (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Kraig.Long@nelsonmullins.com
sarah.steinberg@nelsonmullins.com
Tel.: 443.392.9499

*Counsel for Defendant*