| | |
|---|---|
| James Yates | ) |
|     Plaintiff/Appellant, | ) |
| | ) |
|     vs. | ) Case No: 26-1241 |
| | ) |
| FranConnect, LLC | ) |
|     Defendant/Appellee. | |

**Corrected Appellant's Motion to Extend the Briefing Order by 10-days**

1. On May 2, 2026, this Court issued a briefing Order. Under this Order the joint appendix and the opening brief by the appellant was due on June 10, 2026.

2. This Court granted a motion to extend same giving Appellant twelve addition days to file the joint appendix and the opening brief by June 22, 2026 and also extending Appellee's briefing schedule. [Docket No. 18] based on Appellant's counsel filing a motion to extend the briefing order. [Docket No. 17].

3. Appellant filed another motion to extend the briefing schedule on June 18, 2026 [Docket No. 22], which was granted on June 22, 2026 [Docket No. 24], giving Appellant seven addition days to file the joint appendix and the opening brief by June 29, 2026 and also extending Appellee's briefing schedule.

4. The parties have been cooperating with preparing the files for the Joint Appendix, and Appellant's counsel has been working on her opening brief.

5. Appellant's counsel considers herself a proficient Adobe Acrobat user, but has realized that compiling the approximately 3,400 pages of the joint appendix and

Bates labeling them in correct sequence herself to save costs for her client is well beyond her technical expertise.

6. Appellant's counsel has been in touch with two appellate court printers to compile the joint appendix files with one stating that they will need an additional 10 days to complete the job given the holidays.

7. Appellant's counsel spoke with the case manager yesterday re: the joint appendix filing.

8. Appellant's counsel files this motion seeking a 10-day extension for filing the Opening Brief and Joint Appendix, so those filings would be due on July 9th, instead of June 29th.

9. Out of an abundance of caution, Appellant's counsel thought the instant motion was filed yesterday, but it appears that the last step in the online filing was missed, so she now files this instant motion today for an extension to ensure that the appellate court printer has adequate time to compile the joint appendix.

10. Appellant's counsel _yesterday_ reached out to Appellee's counsel to inform them of the 10-day extension request for filing the opening brief and joint appendix based on the request from the printer. The Appellee's counsel said they would not oppose the instant motion.

11. Appellant's counsel does not believe this extension will prejudice either party.

WHEREFORE, Appellant respectfully requests that this Court grant the brief extension of ten (10) days to give the printer sufficient time to prepare the joint appendix and for his counsel to file the opening brief by July 9, 2026. A draft Order is enclosed.

Dated:  June 30, 2026                          **Respectfully Submitted,**

                                                **James Yates**
                                                By Counsel:


                                                */s/ Monique A. Miles*

                                                Monique Miles, Esq. VSB #78828
                                                Old Towne Associates, P.C.
                                                201 N. Union Street, Suite 110
                                                Alexandria, VA 22314
                                                Phone: (703) 519-6810
                                                mmiles@oldtowneassociates.com

                                                *Counsel for Plaintiffs*

          .

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing

has been provided by electronic notification through the CM/ECF System, which

will send notice to the following counsel of record:

Heather M. Lambert (VSB No. 79175)
NELSON MULLINS RILEY & SCARBOROUGH
1021 E. Byrd Street, Suite 2120
Richmond, VA 23219
Heather.Lambert@nelsonmullins.com
Tel.: 804.533.3868
Fax.: 804. 616.4129

Kraig B. Long (*pro hac vice*)
Sarah Jayne Steinberg (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Kraig.Long@nelsonmullins.com
sarah.steinberg@nelsonmullins.com
Tel.: 443.392.9499

*Counsel for Defendant*