UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1241
(1:25-cv-00540-LMB-LRV)

_____

JAMES YATES

      Plaintiff - Appellant

v.

FRANCONNECT, LLC

      Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 07/09/2026

Opening brief due: 07/09/2026

Response brief due: 08/10/2026

Any reply brief: 21 days from service of response brief.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk